# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case: 1:22-cr-00303 |
| v. | : | |
| | : | |
| **EUGENE TRACY HILL,** | : | **VIOLATIONS:** |
| **also known as "Geno,"** | : | **21 U.S.C. § 846** |
| **also known as "Cheese,"** | : | **(Conspiracy to Distribute 100 Kilograms or more of Marijuana)** |
| **Defendant.** | : | **18 U.S.C. § 924(o)** |
| | : | **(Conspiracy to Use, Carry, and Possess a Machinegun in Furtherance of a Drug Trafficking Crime)** |
| | : | **18 U.S.C. § 922(o)** |
| | : | **(Unlawful Possession and Transfer of a Machinegun)** |
| | : | **18 U.S.C. § 924(c)(l)(B)(ii)** |
| | : | **(Using, Carrying, and Possessing a Machinegun During, in Relation to, and in Furtherance of a Drug Trafficking Crime).** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning on or about June 12, 2020, and continuing through at least on or about August 31, 2022, within the District of Columbia and elsewhere, **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," and others both known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute

a mixture and substance containing one hundred kilograms or more of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l), 84l(b)(l)(B)(vii), and 846.

> **(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing One Hundred Kilograms or More of Marijuana,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

Beginning on or about February 7, 2021, and continuing through at least on or about February 21, 2021, within the District of Columbia and elsewhere, **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," and others both known and unknown to the Grand Jury did knowingly combine, conspire, confederate, and agree with each other to commit offenses against the United States, namely: to knowingly use, carry, and possess firearms, including a machinegun, in furtherance of drug trafficking offenses for which they may be prosecuted in a court of the United States, that is, Unlawful Distribution and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(l), 841 (b)(1)(B)(vii), and 846, and Unlawful Possession of a Firearm During and in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code, Section 924(c)(l).

## Goal of the Conspiracy

The goal of the conspiracy was to obtain, possess, use and carry firearms, including a machinegun in the District of Columbia and elsewhere, during, in the course of, and in furtherance of the illegal conspiracy to distribute and possess with intent to distribute controlled substances, as referenced in Count One.

### The Manner and Means Used to Achieve the Objectives of the Conspiracy

The manner and means by which this conspiracy was carried out included the following:

1.      The co-conspirators used, carried, and possessed firearms, including a machinegun in furtherance of drug trafficking.  Specifically, the co-conspirators used, carried, and possessed such firearms to protect their illegal narcotics business, to include protecting their persons, their cash, their territory, and their narcotics and paraphernalia.

2.      In order to carry out the conspiracy, the co-conspirators exchanged electronic messages with each other and with unindicted co-conspirators - both known and unknown to the grand jury.  During these same electronic messages, including related social media, the co-conspirators would also discuss their distribution of controlled substances.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and in order to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1.      On or about February 7, 2021, **HILL** sent a text message to **CONSPIRATOR A,** asking whether **CO-CONSPIRATOR A** still wanted to buy an AR-Pistol machinegun, which **HILL** referred to as "that pretty bitch."

2.      On or about February 7, 2021, **CO-CONSPIRATOR A** sent a text message to **HILL** stating that **CO-CONSPIRATOR A** wanted to buy the machinegun, but had to wait until he was in his new apartment because "I don't want it over here at this old apartment."

3.      On or about February 21, 2021, **HILL** sent a text message to **CO-CONSPIRATOR A,** asking whether **CO-CONSPIRATOR A** still wanted to buy the machinegun, which he referred to as "baby girl." During that same text message exchange, **HILL**

3

indicated that he would hold the machinegun for **CO-CONSPIRATOR A,** but that **HILL** "need the cash."

4.      On or about February 21, 2021, **CO-CONSPIRATOR A** sent a text message to **HILL** asking **HILL** to send another picture of the machinegun. In response, **HILL** sent a picture of the machinegun to **CO-CONSPIRATOR A.**

5.      On or about February 21, 2021, **HILL** exchanged text messages with **CO-CONSPIRATOR** A to negotiate the purchase price of the machinegun. During that text message exchange, **CO-CONSPIRATOR A** agreed to pay $1,100 for the machinegun on the agreement that it would come fully loaded, with extra ammunition, which **CO-CONSPIRATOR A** referred to as "food."

6.      On or about February 21, 2021, **HILL** exchanged text messages with **CO-CONSPIRATOR A** about transferring the machinegun. **CO-CONSPIRATOR A** offered to pick up the machinegun from **HILL** in the District of Columbia, but **HILL** offered to deliver the machinegun to **CO-CONSPIRATOR** A in the Eastern District of Virginia.

7.      On or about February 21, 2021, **HILL** transported the machinegun from a location within the District of Columbia to a location in the Eastern District of Virginia as directed by **CO-CONSPIRATOR A.**

8.      On or about February 21, 2021, after receiving the machinegun, **CONSPIRATOR A** sent a text message to **HILL** stating **CO-CONSPIRATOR A's** belief that the firearm lacked the necessary parts to make it capable of fully automatic fire.

9.      On or about February 21, 2021, **HILL** sent a text message to **CO-CONSPIRATOR A** explaining that there was a "button" on the AR-Pistol that switched it from

semi-automatic fire to fully automatic fire. **HILL** also told **CO-CONSPIRATOR A** to "wipe down" the extra ammunition so that **HILL's** fingerprints were not on them.

> **(Conspiracy to Use, Carry, and Possess Firearms, including a Machinegun, in Furtherance of Drug Trafficking Crimes,** in violation of Title 18, United States Code, Section 924(o))

### COUNT THREE

On or about and between February 7, 2021, and February 21, 2021, within the District of Columbia and elsewhere, **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," did knowingly possess and transfer a machinegun, that is, a .223 caliber AR- Pistol Privately Manufactured Firearm (PMF) with no serial number, that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

> **(Illegal Possession and Transfer of a Machinegun,** in violation of Title 18, United States Code, Section 922(0)).

### COUNT FOUR

On or about and between February 7, 2021, and February 21, 2021, withiin the District of Columbia and elsewhere, **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," did knowingly carry and use a machinegun, that is, a .223 caliber AR- Pistol Privately Manufactured Firearm (PMF) with no serial number, that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without anual  reloading, by a single function of the trigger, during and in relation to, and did knowingly possess said machinegun in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, Conspiracy to Distribute, and Possess With Intent to Distribute Marijuana, as charged in Count One which is incorporated herein.

**(Using, Carrying, and Possessing a Machineguil During and in Relation to, and in Furtherance of, a Drug Trafficking Offense,** in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii), and 2).

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Count One,  **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this offense.

2.      Upon conviction of any of the offenses alleged in Count Two, Count Three, or Count Four, **EUGENE TRACY HILL,** also known as "Geno," also known as "Cheese," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a)      One .223 caliber AR- Pistol Privately Manufactured Firearm (PMF) with no serial number, seized by law enforcement on July 16, 2021.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON


*Matthew M. Graves /GPR*

Attorney of the United States in
and for the District of Columbia

7